# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: BAKER, GENE | § | Case No. 13-10514 |
| BAKER, AMY | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 17, 2013. The undersigned trustee was appointed on April 18, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of                     $            2,500.42

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 90.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of [1]        $            2,410.42

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 09/03/2013 and the deadline for filing governmental claims was 10/14/2013.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $625.11.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $625.11, for a total compensation of $625.11.[2]  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $224.78, for total expenses of $224.78.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/08/2014                    By:/s/Dwayne M. Murray
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 13-10514 | **Trustee:** (380210)   Dwayne M. Murray |
| **Case Name:** BAKER, GENE | **Filed (f) or Converted (c):** 04/17/13 (f) |
| BAKER, AMY | **§341(a) Meeting Date:** 05/21/13 |
| **Period Ending:** 05/08/14 | **Claims Bar Date:** 09/03/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | house & lot 38348 Shelby Drive | 255,000.00 | 0.00 | | 0.00 | FA |
| 2 | Hancock Bank checking account | 151.00 | 0.00 | | 0.00 | FA |
| 3 | refrigerator, freezer, stove, washer, dryer, tab | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | 60" television, 42" television, two 30" tvs,<br>DVD Player, video games, computer, printer,<br>hairdryer, telephone, cellular telephone | 400.00 | 400.00 | | 400.00 | FA |
| 5 | pots, pans, dishes, silverware, coffee maker, to | 350.00 | 0.00 | | 0.00 | FA |
| 6 | wallhangings, decorations, books, rugs, clock | 50.00 | 50.00 | | 50.00 | FA |
| 7 | personal clothing | 400.00 | 0.00 | | 0.00 | FA |
| 8 | watches, rings, necklaces, bracelets, jewelry bo | 60.00 | 60.00 | | 0.00 | FA |
| 9 | wedding ring | 500.00 | 0.00 | | 0.00 | FA |
| 10 | 357 gun, .40 gun, fishing equipment, 2 bicycles,<br>tennis racket, swing set, weights, air hocky table | 500.00 | 500.00 | | 500.00 | FA |
| 11 | 401K account | Unknown | 0.00 | | 0.00 | FA |
| 12 | earned income credit (EIC) tax refund | Unknown | 0.00 | | 0.00 | FA |
| 13 | Entered in Error | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 2009 Acura 52,172 miles | 26,331.00 | 0.00 | | 0.00 | FA |
| 15 | 2009 Chevy Silverado 100,056 miles<br>Equity | 12,000.00 | 500.00 | | 500.00 | FA |
| 16 | 2010 Laredo Camper | 16,000.00 | 0.00 | | 0.00 | FA |
| 17 | lawn mower, tools, weedeater, edger, trailer | 400.00 | 0.00 | | 0.00 | FA |
| 18 | 2 dogs | 50.00 | 0.00 | | 0.00 | FA |
| 19 | keyboard | 20.00 | 0.00 | | 0.00 | FA |
| 20 | BBQ grill, luggage | 50.00 | 50.00 | | 50.00 | FA |
| 21 | Earned Unpaid Wages | 0.00 | 0.00 | | 0.00 | FA |
| 22 | 2013 FIT  (u) | 1,000.42 | 1,000.42 | | 1,000.42 | FA |
| **22** | **Assets   Totals** (Excluding unknown values) | **$314,762.42** | **$2,560.42** | | **$2,500.42** | **$0.00** |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 13-10514 | Trustee: (380210) Dwayne M. Murray |
| Case Name: BAKER, GENE | Filed (f) or Converted (c): 04/17/13 (f) |
| BAKER, AMY | §341(a) Meeting Date: 05/21/13 |
| Period Ending: 05/08/14 | Claims Bar Date: 09/03/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):     December 30, 2013          Current Projected Date Of Final Report (TFR):     July 1, 2014

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 13-10514 | |
| **Case Name:** | BAKER, GENE | |
| | BAKER, AMY | |
| **Taxpayer ID #:** | **-***9241 | |
| **Period Ending:** | 05/08/14 | |

| | |
|---|---|
| **Trustee:** | Dwayne M. Murray (380210) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******4966 - Checking Account |
| **Blanket Bond:** | $29,294,508.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/19/13 | {10} | Gene Baker | postal m/o to pay assets | 1129-000 | 500.00 | | 500.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 490.00 |
| 09/11/13 | | Gene Baker | postal m/o to pay assets | 1129-000 | 500.00 | | 990.00 |
| | {4} | | 400.00 | 1129-000 | | | 990.00 |
| | {6} | | 50.00 | 1129-000 | | | 990.00 |
| | {20} | | 50.00 | 1129-000 | | | 990.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 980.00 |
| 10/14/13 | {15} | Gene Baker | postal m/o to pay assets | 1129-000 | 500.00 | | 1,480.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,470.00 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,460.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,450.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,440.00 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,430.00 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,420.00 |
| 04/10/14 | {22} | Gene or Amy Baker | personal whitney bk ck | 1224-000 | 1,000.42 | | 2,420.42 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,410.42 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 2,500.42 | 90.00 | $2,410.42 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 2,500.42 | 90.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $2,500.42 | $90.00 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******4966** | 2,500.42 | 90.00 | 2,410.42 |
| | $2,500.42 | $90.00 | $2,410.42 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** September 3, 2013

**Case Number:** 13-10514  
**Debtor Name:** BAKER, GENE

Page: 1

**Date:** May 8, 2014  
**Time:** 07:32:34 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Dwayne M. Murray<br>One American Place<br>301 Main Street, Suite 810<br>Baton Rouge, LA 70801 | Admin Ch. 7 | | $224.78 | $0.00 | 224.78 |
| 200 | Dwayne M. Murray<br>One American Place<br>301 Main Street, Suite 810<br>Baton Rouge, LA 70801 | Admin Ch. 7 | | $625.11 | $0.00 | 625.11 |
| 1<br>610 | LOUISIANA FEDERAL CREDIT UNION<br>PO BOX 1956<br>LA PLACE, LA 70069 | Unsecured | 10603452<br>---------------------------------------------------------------<br>05/07/2014 12:34:16 PM Schedule F Amount $13,862.00 imported by LISA<br>Schedule F Owner Type: C<br>Schedule F Description:<br>2/2012<br>signature loan | $14,303.47 | $0.00 | 14,303.47 |
| 2<br>610 | LOUISIANA FEDERAL CREDIT UNION<br>PO BOX 1956<br>LA PLACE, LA 70069 | Unsecured | | $8,556.32 | $0.00 | 8,556.32 |
| 3<br>610 | ENTERGY LOUISIANA, LLC<br>L-JEF-359<br>4809 JEFFERSON HWY.<br>JEFFERSON, LA 70121-3126 | Unsecured | 96025648<br>---------------------------------------------------------------<br>05/07/2014 12:34:16 PM Schedule F Amount $90.00 imported by LISA<br>Schedule F Owner Type: H<br>Schedule F Description:<br>9/2011<br>Agriculture | $89.73 | $0.00 | 89.73 |
| 4<br>610 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | 5291157623076200<br>---------------------------------------------------------------<br>05/07/2014 12:34:16 PM Schedule F Amount $3,070.00 imported by LISA<br>Schedule F Owner Type: C<br>Schedule F Description:<br>6/2001<br>Credit Card | $3,498.98 | $0.00 | 3,498.98 |
| 5<br>610 | GE CAPITAL RETAIL BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI, FL 33131-1605 | Unsecured | 6018596219132481<br>---------------------------------------------------------------<br>05/07/2014 12:34:16 PM Schedule F Amount $890.00 imported by LISA<br>Schedule F Owner Type: W<br>Schedule F Description:<br>8/2004<br>Charge Account | $890.65 | $0.00 | 890.65 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** September 3, 2013

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 13-10514 | | | Page: 2 | | **Date:** May 8, 2014 | |
| **Debtor Name:** BAKER, GENE | | | | | **Time:** 07:32:34 PM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 610 | CREDIT FIRST/CFNA PO BOX 818011 CLEVELAND, OH 44181 | Unsecured | 619684389 | $1,221.41 | $0.00 | 1,221.41 |
| | | | 05/07/2014 12:34:16 PM Schedule F Amount $1,165.00 imported by LISA Schedule F Owner Type: C Schedule F Description: 1/2006 Charge Account | | | |
| 7 610 | SALLIE MAE C/O SALLIE MAE INC. 220 LASLEY AVE. WILKES-BARRE, PA 18706 | Unsecured | 9638128105100082006061 6 | $14,957.25 | $0.00 | 14,957.25 |
| | | | 05/07/2014 12:34:16 PM Schedule F Amount $9,617.00 imported by LISA Schedule F Owner Type: W Schedule F Description: 6/2006 Educational | | | |
| 8 610 | SALLIE MAE INC, ON BEHALF OF THE DEPARTMENT OF EDUCATION DOE,P.O. BOX 740351 ATLANTA, GA 30374-0351 | Unsecured | 9638128105100122008010 9 | $2,109.77 | $0.00 | 2,109.77 |
| | | | 05/07/2014 12:34:16 PM Schedule F Amount $1,376.00 imported by LISA Schedule F Owner Type: W Schedule F Description: 1/2008 Educational | | | |
| 9 610 | CAPITAL ONE NA C/O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Unsecured | 6393050568564157 | $1,502.25 | $0.00 | 1,502.25 |
| | | | 05/07/2014 12:34:16 PM Schedule F Amount $1,502.00 imported by LISA Schedule F Owner Type: W Schedule F Description: 3/2010 Charge Account | | | |
| 10 610 | eCast Settlement Corporation BASS & ASSOCIATES, P.C. 3936 E. FT. LOWELL ROAD, SUITE #200 TUCSON, AZ 85712 | Unsecured | 7021270355942391 | $1,842.57 | $0.00 | 1,842.57 |
| | | | 05/07/2014 12:34:16 PM Schedule F Amount $1,792.00 imported by LISA Schedule F Owner Type: W Schedule F Description: 3/2008 Charge Account | | | |
| << Totals >> | | | | 49,822.29 | 0.00 | 49,822.29 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-10514
Case Name: BAKER, GENE
Trustee Name: Dwayne M. Murray

**Balance on hand:**                        $           2,410.42

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| None      |          |                |                         |                          |                  |

Total to be paid to secured creditors:     $             0.00
Remaining balance:                         $           2,410.42

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - Dwayne M. Murray | 625.11 | 0.00 | 625.11 |
| Trustee, Expenses - Dwayne M. Murray | 224.78 | 0.00 | 224.78 |

Total to be paid for chapter 7 administration expenses:   $           849.89
Remaining balance:                         $           1,560.53

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| None             |                 |                          |                  |

Total to be paid for prior chapter administrative expenses:   $           0.00
Remaining balance:                         $           1,560.53

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| None     |          |                         |                          |                  |

Total to be paid for priority claims:      $             0.00
Remaining balance:                         $           1,560.53

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 48,972.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | LOUISIANA FEDERAL CREDIT UNION | 14,303.47 | 0.00 | 455.79 |
| 2 | LOUISIANA FEDERAL CREDIT UNION | 8,556.32 | 0.00 | 272.65 |
| 3 | ENTERGY LOUISIANA, LLC | 89.73 | 0.00 | 2.86 |
| 4 | CAPITAL ONE BANK (USA), N.A. | 3,498.98 | 0.00 | 111.50 |
| 5 | GE CAPITAL RETAIL BANK | 890.65 | 0.00 | 28.38 |
| 6 | CREDIT FIRST/CFNA | 1,221.41 | 0.00 | 38.92 |
| 7 | SALLIE MAE | 14,957.25 | 0.00 | 476.62 |
| 8 | SALLIE MAE INC, ON BEHALF OF THE | 2,109.77 | 0.00 | 67.23 |
| 9 | CAPITAL ONE NA | 1,502.25 | 0.00 | 47.87 |
| 10 | eCast Settlement Corporation | 1,842.57 | 0.00 | 58.71 |

Total to be paid for timely general unsecured claims:  $      1,560.53

Remaining balance:  $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $      0.00

Remaining balance:  $      0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims
ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid
*pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid
in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent,
plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims
ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ _____ 0.00

Remaining balance: $ _____ 0.00

**UST Form 101-7-TFR (05/1/2011)**